UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF AMERICA, ) ) ) | |
| Plaintiff, ) ) | 2:09-cv-2070-GMN-RJJ |
| vs. ) ) | |
| WENDY MACADANGDANG, etc., *et al.*, ) ) | **ORDER** |
| Defendant. ) ) | |

IT IS HEREBY ORDERED that the parties shall file joint Interim Discovery Status Reports on August 23, 2010, and October 11, 2010.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Reports shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this __20th__ day of July, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge